O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRED E. CHANEY,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN, Warden,<br><br>Respondent. | Case No. 2:19-cv-06125-FMO-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice based on Petitioner's failure to prosecute.

DATED: January 31, 2020      _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE