JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRED E. CHANEY,<br>Petitioner,<br>v.<br>DAVID BAUGHMAN, Warden,<br>Respondent. | Case No. 2:19-cv-06125-FMO (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice based on Petitioner's failure to prosecute.

DATED: January 31, 2020  _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE